**United States Bankruptcy Court District of Massachusetts**

*Amended*

## CHAPTER 13 PLAN COVER SHEET

| | |
|---|---|
| **Filing Date:** | **Docket#:** 11-16319 |
| **Debtor:** Elyse Engel | **Co-Debtor:** |
| **SS#:** 4844 | **SS#:** |
| **Address:** 32 Pollis Place | **Address:** 32 Pollis Place |
| North Attleboro, MA 02760 | North Attleboro, MA 02760 |

**Debtor's Counsel:** AnDre' D. Summers
**Address:** P.O. Box 306
9 East Central Street
Franklin, MA 02038
**Telephone Number:** 508-528-8444
**Facsimile Number:** 508-528-1263

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY THE DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR(S), DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**United States Bankruptcy Court District of Massachusetts**

Amended <u>CHAPTER 13 PLAN</u>

DOCKET#: 11-16319

**DEBTORS:** Elyse Engel    **SS#:** 4844

**SS#:**

**TERM OF THE PLAN**    **36**    **MONTHS**

(If the plan is longer than thirty-six (36) months, a statement of cause pursuant to 11 U.S.C. 1322(d) must be attached hereto.)

PLAN PAYMENT: Debtor(s) to pay monthly:   **$ 72.00**

<u>I. SECURED CLAIMS</u>

A.    CLAIMS TO BE PAID THROUGH PLAN
(INCLUDING ARREARS):

| Creditor | Description of claim (pre-petition arrears, purchase money, etc) | Amount of claim |
|---|---|---|
|  |  | $ - |
| Total of secured claims to be paid through the Plan: |  | $ - |

B.    CLAIMS TO PAID DIRECTLY TO CREDITORS
(Not through Plan):

| Creditor | Description of claim |
|---|---|
| GMAC Mortgage | Mortgage |
| Toyota Motor Credit | 2008 Tundra |

(payments will be made timely to retain automobile)
**DEBTOR(S) WILL MAKE PAYMENTS POST PETITION, TO ALL ABOVE REFERENCED COMPANIES ON A TIMELY BASIS**

**NOTE 2ND MORTGAGE OF BANK OF AMERICA
WILL BE CRAMMED DOWN PER 11 USC 506**

II. **PRIORITY CLAIMS**

| **Creditor** | **Description of claim** | **Amount of Claim** |
|---|---|---|
| | | $ - |
| | | $ - |
| Total of Priority claims to paid through the Plan: | | $ - |

III. **ADMINISTRATIVE CLAIMS**

A. Attorneys fees (to be paid through the plan):     $   -
(to be paid in first 12 months of plan)

B. Miscellaneous fees:

| **Creditor** | **Description of claim** | **Amount of Claim** |
|---|---|---|
| | | $ - |
| | TOTAL ADMINISTRATIVE CLAIMS | $ - |

C. The Chapter 13 Trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% Trustee's commission.

In the event that the Trustee's commission is less than 10%, the additional funds collected by the Trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

IV. **UNSECURED CLAIMS**

The general unsecured creditors shall receive a dividend of :     **1.00%**     of their claims.

A. General unsecured claims:     **$172,817.92**

B. Undersecured claims arising after lien avoidance / cramdown:

| **Creditor** | **Description of claim** | **Amount of Claim** |
|---|---|---|
| BAC Home Mortgage | Mortgage | $ 59,146.00 |

**NOTE 2ND MORTGAGE HELD BY BAC HOME MORTGAGE
WILL BE CRAMMED DOWN PER 11 USC 506**

| | Total of A + B general unsecured claims: | $ 231,963.92 |
|---|---|---|
| C. | **Multiply total by percentage of dividend:** | $ 2,319.64 |
| | (Example: total of $38,500.00 x .22 dividendend = $8,470.00) | |

D.  Separately classified unsecured claims (co-borrower/student loan, etc.):

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
|  |  | $   - |
|  |  | $   - |
| | Total amount of separately classified claims payable | $   - |
| | at % of:  0.00% | $   - |

V. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:   N/A

B. Modification of Secured Claims: Set forth details of modifiacations below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C. Miscellaneous provisions:   **NOTE 2ND MORTGAGE OF     BAC Home Mortgage WILL BE CRAMMED DOWN per 11 USC 506VI.
NOTE SECURITY AG CALCULATION OF PLAN PAYMENT
WILL BE CRAMMED DOWN PER 11 usc 1325 (A)(9)**

| | | |
|---|---|---|
| a. Secured claims ( Section I.A. Total): | $ | - |
| b. Priority Claims (Section II Total): | $ | - |
| c. Administrative Claims (Section III A+B Total): | $ | - |
| d. General unsecured Claims (Section IV.C Total): | $ | 2,319.64 |
| e. Separately classified unsecured claims (Section IV.D Total): | $ | - |
| f. Total of (a) through (e) above: | $ | 2,319.64 |
| g. Divide (f) by .90 for total including Trustee fee:  Cost of plan: | $ | 2,577.38 |

(This represents the total amount to be paid in to the Chapter 13 Plan.)

| | | | |
|---|---|---|---|
| h. Divide (g) Cost of plan by Term of plan: | 36 | Months | |
| i. Round up to nearest dollar: | | $ | 71.59 |
| **MONTHLY PAYMENT PLAN:** | | **$** | **72.00** |

Pursuant to 11U.S.C. 1326(a)(1), unless the Court orders otherwise, a Debtor shall commence making the payments proposed by a plan within thirty (30) days after plan is filed.

## **LIQUIDATION ANALYSIS**

I. Real Estate:     Yes

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 32 Pollis Place<br>North Attleboro, MA 02760 | $ 255,000.00 | $ 391,209.65 |
|  | $ - | $ - |

| | |
|---|---|
| Total Net Equity for Real Property | $0.00 |
| Less exemptions (Schedule C): | $ - |
| Available for Chapter 7: | $ - |

II. Automobile (Describe year, make and model:     Yes

| Descirption | Value | Lien | Exemption |
|---|---|---|---|
| 2008 Toyota Tundra | $ 18,600.00 | $ 27,910.59 | $ - |
|  | $ - | $ - | $ - |

| | |
|---|---|
| Net Value of Equity: | $0.00 |
| Less exemptions (Sch C): | $ - |
| Available for Chapter 7: | $ - |

III. All other assets (all Remaining items on Schedule B):   SEE ATTACHED
(Itemized as necessary)

| Descirption | Market Value | Lien | Exemption | Balance |
|---|---|---|---|---|
| 32 Pollis Place | $ 255,000.00 | $ 391,209.65 | $ - | $0.00 |
| 0 | $ - | $ - | $ - | $ - |
| 2008 Toyota Tundra | $ 18,600.00 | $ 27,910.59 | $ - | $0.00 |
| 0 | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - |
| Cash | $ 10.00 |  | $ 10.00 | $ - |
| Bank | $ 200.00 |  | $ 200.00 | $ - |
| Clothes | $ 200.00 |  | $ 200.00 | $ - |
| Household Goods | $ 2,000.00 |  | $ 2,000.00 | $ - |
| Alimony Support - Weekly | $ 150.00 |  | $ 150.00 | $ - |
| Life Insurance | $ - |  | $ - | $ - |
|  |  |  | Total Available | $ - |

Pursuant to the Chapter 13 rules, the Debtor(s) or his or her Counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_____
Debtor's Counsel, AnDre' D. Summers

Date: 29-Sep-11

Address:    9 East Central Street
            Franklin, MA 02038

Telephone#  1-508-528-8444

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE AND BELIEF.

_____
Debtor, Elyse Engel

Date: 29-Sep-11

## CERTIFICATE OF SERVICE

I, AnDre' D. Summers, hereby certify under the pains and penalties of perjury that a true copy of the enclosed:

## DEBTORS' CHAPTER 13 PLAN

was served ECF pacer to interested parties and or via first class, prepaid mail to the following list of interested parties creditors as indicated:

Clerk of the Court
U.S. Bankruptcy Court
John W. McCormack Post Building
5 Post Office Square
Boston, MA 02109

Ms. Carolyn A. Bankowski, Esq.
Ms. Patricia A. Remer, Esq.
Chapter 13 Trustee
John W. McCormack Post Building
5 Post Office Square
Boston, MA 02109

Elyse Engel
32 Pollis Place
North Attleboro, MA 02760

See attached Matrix

Date: 9/28/11

AnDre' D. Summers
Summers Law Office
PO Box 306
9 East Central Street
Franklin, MA 02038
508-528-8444
BBO# 551618

| | | |
|---|---|---|
| AALLC/Citibank<br>c/o Assoc. Recovery Systems<br>P.O. Box 469046<br>Escondido, CA 92046 | Advanta Credit Cards<br>c/o CardWorks Servicing<br>P.O. Box 9201<br>Old Bathpage, NY 11804 | Advantage Assets II<br>c/o Lustig, Glaser & Wilson PC<br>P.O. Box 9127<br>Needham, MA 02492 |
| Advantage Assets, II<br>c/o Austin & McHoul & Assoc.<br>555 Elm St.<br>N. Attleboro, MA 02760 | Alperts Furnitures<br>c/o Portfolio Recovery Assoc.<br>P.O. box 12914<br>Norfolk, VA 23541 | AnDre' Summers<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038 |
| Austin W. McHoul, Esq.<br>555 Elm Street<br>North Attleboro, MA 02760 | BAC Home Loans Servicing, LP<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Bank of America<br>c/o Midland Credit Mgmt. Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060 |
| Bank of America<br>c/o Financial Recovery Systems<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | Bank of America<br>P.O. Box 660594<br>Dallas, TX 75266-0694 | Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726 |
| Bank of America<br>c/o Professional Recovery Servi<br>P.O. Box 1880<br>Voorhees, NJ 08043 | Bank of America<br>c/o Enhanced Recovery Co., LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256 | Barclay Bank Deleware<br>c/o NCO Financial Systems<br>P.O. Box 15372<br>Wilmington, DE 19850 |
| Best Buy<br>c/o JC Christensen & Assoc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379 | Bureaus Investment Group<br>c/o Stoneleigh Recovery<br>P.O. Box 1479<br>Lombard, IL 60148 | Capital One Bank<br>c/o NCO Financial Systems<br>P.O.Box 15894<br>Wilmingtonm, DE 19850 |
| Capital One Bank<br>c/o NCO Financial Systems<br>P.O. Box 15894<br>Wilmington, DE 19850-5894 | Capital One bk USA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cardmember Services<br>PO Box 15153<br>Wilmington, De 19886 |
| Cardmember Services<br>PO Box 15325<br>Wilmington, De 19886 | Care Credit<br>c/o Asset Recovery Solutions<br>2200 E. Devon Ave. Suite 200<br>Des Plaines, IL 60018-4501 | Chase Bank<br>c/o FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 77252 |
| Chase Bank<br>c/o Nationwide Credit<br>P.O. Box 740640<br>Atlanta, GA 30374 | Chase Bank USA, NA<br>c/o MCM Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 | Chase Bank USA, NA<br>c/o Midland Credit Mgmt, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 |
| Chase Bank, N.A.<br>c/o J.C. Christensen & Asssoc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379 | Chase Bank, USA<br>c/o FMC Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Chase Bank, USA, NA<br>c/o Northstar Location Services<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Cheektowaga, NY 14225 |

| | | |
|---|---|---|
| CIGPF 1 Corp.<br>c/o SRA Assoc., Inc.<br>401 Minnetonka Rd.<br>Hi Nella, NJ 08083 | CIGPF 1 Corp.<br>c/o NCO Financial Systems<br>P.O. Box 12102<br>Trenton, NJ 08650 | Citi Cards<br>PO Box 183041<br>Columbus OH 43218 |
| Citi Cards<br>PO Box 182564<br>Columbus OH 43218-2564 | Citi Financial<br>P.O. Box 183172<br>Columbus, OH 43218 | Citi Financial Inc.<br>c/o Portfolio Recovery Assoc.<br>P.O. Box 12903<br>Norfolk, VA 23541 |
| Citibank/Sears<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Citibusiness Visa<br>c/o LTD Financial Services<br>7322 Southwest Freeway, Suite 1<br>Houston, TX 777074 | Citifinancial<br>c/o Associated Recovery Systems<br>P.O. Box 469046<br>Escondido, CA 92046-9046 |
| Citifinancial<br>P.O. Box 498609<br>Cincinnati, OH 45249-8609 | Commonwealth of Massachusetts<br>Division of Employment and Trai<br>Attn: Chief Counsel<br>Hurley Building - Government Ce<br>Boston, MA  02114 | Discover<br>c/o Protocol<br>509 Mercer Ave.<br>Panama City, FL 32401 |
| Discover Bank<br>c/o Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438 | Elyse Engel<br>32 Pollis Place<br>N. Attleboro, MA 02760 | Equable Ascent Financial<br>1120 W. Lake Cook Rd. Ste. A<br>Buffalo Grove, IL 60089 |
| FIA Card Services<br>PO Box 15726<br>Wilmington, DE 19886-5726 | GE Money Bank/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896 | GMAC Mortgage<br>P.O.Box 9001719<br>Louisville, KY 40290-1719 |
| Home Depot Credit Services<br>Processing Center<br>Des Moines, IA  50364-0500 | HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | HSBC Bank<br>c/o Enhanced Recovery Systems<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| HSBC Bank Nevada<br>c/o Allied Interstate   LLC<br>P.O. Box 361774<br>Columbus, OH 43236 | HSBC Bank Nevada<br>c/o JCC Christensen & Assoc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379 | HSBC Bank Nevada<br>c/o Northland Group, Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439 |
| HSBC Bank Nevada<br>c/o NAFS<br>P.O. Box 9027<br>Williamsville, NY 14231 | HSBC Retail Services<br>P.O. Box 17602<br>Baltimore, MD 21297-1602 | HSBC/GELechmere<br>c/o LHR Inc.<br>56 Mainn St.<br>Hamburg, NY 14075 |
| Internal Revenue Service<br>Special Procedures Func. STOP 2<br>P.O. Box 9112<br>JFK Building<br>Boston, MA  02203 | LukeOil Gety<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101 | Macys<br>P.O. Box 689195<br>Des Moines, IA 50368 |

| | | |
|---|---|---|
| Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | Nations Recovery Center, Inc.<br>P.O. Box 620130<br>Atlanta, GA 30362-2130 | NCC Business Services, Inc.<br>P.O. Box 24739<br>Jacksonville, FL 32241-4739 |
| Old Navy/GEMB<br>P.O. Box 530942<br>Atlanta, GA 30353 | PNC Bank<br>c/o BCC<br>29 E. Madison St.<br>Suite 1650<br>Chicago, IL 60602-4427 | Richard T. Hinton<br>305 Plain Street<br>Mansfield, MA 092048 |
| Sterling Jewelers<br>BA Dept.<br>P.O. Box 1799<br>Akron, OH 44309 | Target<br>c/o Enhanced Recovery Co. LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Target National Bank<br>c/o Midland Credit Management,<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 |
| Toyota Financial Services<br>P.O. Box 22202<br>Owings Mills, MD 21117-1397 | Toyota Motor Credit Corp.<br>P.O. Box 5236<br>Carol Stream, IL 60197 | Verizon<br>c/o Penn Credit Corp<br>P.O. Box 988<br>Harrisburg, PA 17108 |
| Verizon New England<br>c/o Midland Credit Mgmt. Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060 | Walmart/GEMB<br>P.O. Box 530927<br>Atlanta, GA 30353 | Wells Fargo<br>c/o Cavalry Portfolio Services<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 |
| Wells Fargo<br>c/o Tiburon Financial<br>P.O. Box 770<br>Boysstown, NE 68010 | WFFNB Preferred Customer<br>800 Walnut Street<br>Des Moines, IA 50309 | |